No. 779. TUNSTALL *v.* BROTHERHOOD OF LOCOMOTIVE FIREMEN & ENGINEMEN ET AL. May 29, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Charles H. Houston*

for petitioner. *Messrs. Harold C. Heiss, Russell B. Day,* and *Wm. G. Maupin* for the Brotherhood of Locomotive Firemen & Enginemen et al., and *Mr. Jas. G. Martin* for the Norfolk Southern Railway Co., respondents. ■